FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 22, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRIAN GEORGE PERKS,<br><br>    Plaintiff,<br><br>v.<br><br>SLI TECHNOLOGIES, INC., d/b/a ADAPT and d/b/a SALES LIFT,<br><br>    Defendant. | No.   2:20-cv-00095-SMJ<br><br>**ORDER DISMISSING CASE** |

On October 21, 2020, the parties filed a stipulated dismissal, ECF No. 63. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a), **IT IS HEREBY ORDERED**:

    **1.**    The parties' Joint Motion for Dismissal with Prejudice, **ECF No. 63**, is **GRANTED**.

    **2.**    All claims are **DISMISSED WITH PREJUDICE**, with all parties to bear their own costs and attorney fees.

    **3.**    All pending motions are **DENIED AS MOOT**.

    **4.**    All hearings and other deadlines are **STRICKEN**.

    **5.**    The Clerk's Office is directed to **CLOSE** this file.

ORDER DISMISSING CASE – 1

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 22nd day of October 2020.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING CASE – 2